

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00666-CV

**IN THE INTEREST OF R.M.P.** and J.A.P., Jr., Children

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-PA-00286
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED June 13, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice